# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOOMERANG RECOVERIES, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GUY CARPENTER & COMPANY, LLC,** | : | **NO. 16-0222** |
| **DAVID A. THOMAS, ERIC B. YEAGER and** | : | |
| **MARSH & McLENNAN COMPANIES, INC.** | : | |

## ORDER

**NOW**, this 21st day of April, 2016, upon consideration of the Motion to Remand (Document No. 6), the response and the reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the state court from which it was removed.

                                                  /s/Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.